IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,

    v.

PATRICK COVELLO, et al.,

    Defendants.

No.  2:22-CV-1749-DAD-DMC-P

ORDER

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff initiated this action with a pro se complaint filed on October 4, 2022.  See ECF No. 1.  Following resolution of Plaintiff's motion for injunctive relief in May 2023, on July 24, 2023, the Court directed Plaintiff to file a first amended complaint.  See ECF No. 14.  Plaintiff filed his first amended complaint on August 16, 2023.  See ECF No. 15.

        On August 23, 2023, Plaintiff filed various exhibits in support of the first amended complaint.  See ECF No. 16.  On April 1, 2024, Plaintiff filed a "notice" regarding supplemental allegations.  See ECF No. 17.  For the reasons discussed below, these filings will be disregarded, and Plaintiff will be provided the opportunity to file a second amended complaint and, if he so elects, a formal motion for leave to supplement his pleading.

///

As to the exhibits submitted at ECF No. 16, which Plaintiff states support the first amended complaint, Plaintiff is advised that a complaint must be complete in itself without refence to other filings.  See Local Rule 220.  For this reason, the Court will disregard Plaintiff's filing at ECF No. 16.  While exhibits are not necessary in order to support Plaintiff's allegations at the pleading stage, the Court will nonetheless permit Plaintiff an opportunity to file a further amended complaint with exhibits attached.

Turning to Plaintiff's "notice" regarding supplemental allegations at ECF No. 17, the Court does not discern in this filing any particular request for relief and, to the extent Plaintiff seeks an order permitting a supplemental pleading, no grounds for such relief pursuant to Federal Rule of Civil Procedure 15(d) are shown.  Nor has Plaintiff filed a proposed supplemental complaint.  Plaintiff's "notice" will also be disregarded without prejudice to Plaintiff's right to file a motion under Rule 15(d).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's filings at ECF Nos. 16 and 17 are DISREGARDED.

2. Plaintiff may file a second amended complaint within 30 days of the date of this order.

Dated:  June 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE