UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

Plaintiff,

v.

PATRICK COVELLO, et al.,

Defendants.

No. 2:22-cv-01749-DAD-DMC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 25)

Plaintiff William Rouser is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and found that plaintiff failed to state a cognizable retaliation claim in violation of the First Amendment as to all defendants other than defendant Pendleton and had failed to state a cognizable cruel and unusual punishment claim as to all defendants. (Doc. No. 21 at 4–5.) Specifically, the magistrate judge found that plaintiff had failed to allege a causal link between defendants' alleged actions and the harms allegedly suffered by plaintiff. (*Id.*) Accordingly, the assigned magistrate judge granted plaintiff leave to amend to address the deficiencies identified in that screening order by filing a third amended complaint. (*Id.* at 5.) Plaintiff did not file a third amended complaint and the time in which to do so has passed. On

1

February 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's second amended complaint (Doc. No. 20) on his retaliation claim against defendant Pendleton only. (Doc. No. 25.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2–3.) To date, no parties have filed objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above,

1. The findings and recommendations issued on February 6, 2026 (Doc. No. 25) are ADOPTED in full;

2. Plaintiff's claims against defendants Patrick Covello, B. Holmes, K. Rogers, Alvis, Candace Clevenger, Davis, Kirby, F. Carillo, Ramos, Miller, and Silinovich are DISMISSED;

3. Plaintiff's second claim against defendant Pendleton for cruel and unusual punishment is DISMISSED;

4. This action proceeds solely on plaintiff's retaliation claim brought against defendant Pendleton only; and

5. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2